```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 05792
   MARIE A HARRIS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9908

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 05/19/2006 and was confirmed 07/26/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 04/09/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
AARGON AGENCY              UNSECURED           545.00           .00           .00
ASSET ACCEPTANCE LLC       UNSECURED            85.29           .00           .00
CBUSA INC                  UNSECURED           100.00           .00           .00
CITY OF CHICAGO DEPT OF    UNSECURED          2346.00           .00           .00
F & W LIC                  UNSECURED        NOT FILED           .00           .00
ROUNDUP FUNDING LLC        UNSECURED           581.47           .00           .00
CREDITORS BANKRUPTCY SER   UNSECURED           439.96           .00           .00
H&F LAW                    UNSECURED        NOT FILED           .00           .00
THE SWISS COLONY           UNSECURED           380.23           .00           .00
NICOR GAS                  UNSECURED        NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED           .00           .00
ISAC IDAPP                 UNSECURED           870.61           .00           .00
T MOBILE                   UNSECURED           360.29           .00           .00
TCF NATIONAL BANK          UNSECURED        NOT FILED           .00           .00
US DEPT OF ED              UNSECURED          1366.05           .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           217.17           .00           .00
COMCAST                    UNSECURED           374.56           .00           .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT       335.25           .00        335.25
HARVARD COLLECTION SERVI   UNSECURED           326.39           .00           .00
NORTH SHORE AGENCY INC     UNSECURED            95.33           .00           .00
CORECOMM USN COMMUNICATI   UNSECURED           178.17           .00           .00
AARGON AGENCY              UNSECURED              .00           .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,425.00                    1,086.63
TOM VAUGHN                 TRUSTEE                                          88.12
DEBTOR REFUND              REFUND                                          160.00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 1,670.00


                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 05792 MARIE A HARRIS
```

```
PRIORITY                                                    335.25
SECURED                                                        .00
UNSECURED                                                      .00
ADMINISTRATIVE                                            1,086.63
TRUSTEE COMPENSATION                                         88.12
DEBTOR REFUND                                               160.00
                                    ---------------   ---------------
TOTALS                                     1,670.00          1,670.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 07/24/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```